IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARY FREEMAN,

                Plaintiff,                  OPINION AND ORDER

    v.

                                              12-cv-161-wmc

STATE OF WISCONSIN,

                Defendant.

---

Mary Freeman has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 to challenge a state court conviction. The petition does not comply with Rule 2(a) of the Rules Governing Section 2254 Proceedings in the United States District Courts because it fails to name the state officer who has custody over Ms. Freeman. Likewise, it is not entirely clear that she meets the custody requirement for review under 28 U.S.C. § 2254.

ORDER

IT IS ORDERED that:

(1) Petitioner is directed to respond in writing within 10 days of the date of this order by supplying the name of the state officer who had custody of her at the time she filed her petition.

(2) If petitioner fails to comply with this order within the allotted time period, the clerk of court will be directed to close this case.

Entered this 10th day of May, 2012.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge