IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARY FREEMAN,

    Petitioner,

v.

STATE OF WISCONSIN,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-161-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that the petition of Mary Freeman for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for lack of jurisdiction.

_Peter Oppeneer_  
Peter Oppeneer, Clerk of Court

11/2/2012  
Date