IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARY FREEMAN,

    Petitioner,                                     JUDGMENT IN A CIVIL CASE

v.                                                  Case No. 12-cv-161-wmc

STATE OF WISCONSIN,

    Respondent.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of Mary Freeman for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for lack of jurisdiction.

_____Peter Oppeneer_____            __11/2/2012__
Peter Oppeneer, Clerk of Court                Date